[No. 13860–3–II. Division Two. October 11, 1990.]

*In the Matter of the Welfare of J.M.B.,* ET AL.

Appeal from judgments of the Superior Court for Pierce County, Nos. 124752, 124753, 161092, Meagan M. Foley, J. Pro Tem., entered April 24, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 23414–5–I. Division One. October 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN DWAINE STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–03807–6, Mary Wicks Brucker, J., entered December 1, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Pekelis, JJ.

[No. 23518–4–I. Division One. October 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WAFIQ SADI HASSOUNEH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03556–0, Mary Wicks Brucker, J., entered January 9, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Baker, JJ.